# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 14, 2019

### NO. 03-19-00019-CV

**Elisa R. Montoya, Appellant**

**v.**

**Rose Rubio, Appellee**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on November 20, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.